IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DONALD STEVEN BRYAN**                                                                 **PLAINTIFF**

V.                           CASE NO. 5:23-CV-5238

**MATTHEW WHITAKER,**
Springdale Police Crime Prevention Task Force;
**SERGEANT JOSH KIRMER,**
Springdale Police Department (SPD);
**OFFICER MITCHELL HAMMONS, SPD;**
and **OFFICER JOHN BILLINGSLEY, SPD**                                         **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 55) filed in this case on November 12, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY.** Therefore:

- the Motion for Judgment on the Pleadings (Doc. 39) is **GRANTED IN PART AND DENIED IN PART**. Specifically, the Motion is **GRANTED** as to the official capacity claims; the state law claims of assault and false imprisonment; and the kidnapping claim; and

- the Motion to Dismiss (Doc. 44) is **DENIED AS MOOT**.

**IT IS SO ORDERED** on this 6th day of December, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE