IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DONALD STEVEN BRYAN**                                                                 **PLAINTIFF**

V.                              **CASE NO. 5:23-CV-5238**

**MATTHEW WHITAKER,**
Springdale Police Crime Prevention Task Force;
**SERGEANT JOSH KIRMER,**
Springdale Police Department;
**OFFICER MITCHELL HAMMONS,**
Springdale Police Department; and
**OFFICER JOHN BILLINGSLEY,**
Springdale Police Department                                                            **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 78) filed in this case on March 14, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Defendants' Motion to Dismiss (Doc. 59) is **GRANTED** and this case **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 1st day of April, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE